1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5
6  Attorneys for Defendant
7

8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE CATHY A. BENCIVENGO)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) CASE NO. 08MJ0717 |
| 12 | Plaintiff, | ) |
| 13 | v. | ) |
| 14 | JOHN ALLEN THERO, | ) **NOTICE OF APPEARANCE** |
| 15 | Defendant. | ) |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22  Dated: March 7, 2008                    */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 7, 2008            /s/ *DAVID M. C. PETERSON*
                                           DAVID M.C. PETERSON
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467 (tel)
                                           (619) 687-2666 (fax)
                                           David_Peterson@fd.org (email)