# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __08mj0717__
                         )
vs.                      )   ABSTRACT OF ORDER
                         )
John Thero                )   Booking No. __07771298__
                         )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-11-08__
the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __7,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __Dft admits identity; waives Removal Hrg; bond submitted; dft to report to Eastern Dist of VA (Norfolk) by 4/23/08 @ 2pm__

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

by _____ Deputy Clerk (Hernandez)

Crim-9  (Rev 6-95)                                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY