# Minutes of the United States District Court
## Southern District of California
## MARCH 11, 2008

**HON. CATHY ANN BENCIVENGO**     **DEPUTY CLERK: L. HERNANDEZ**

---

TAPE NO. CAB08-9:53-9:59; 10:00-10:01

08MJ0717-CAB     USA     vs.     JOHN THERO (1)(C) **07771298**

REMOVAL & IDENTITY                DAVID M.C. PETERSON, FD (1)
HEARING/BOND HEARING
                                  AUSA: CHARLOTTE KAISER

---

DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - GOVT WITHDRAWS MOTION

REMOVAL & IDENTITY HEARING HELD.
DFT ADMITS TO IDENTITY; WAIVER FILED.

BOND HEARING HELD; PARTIES STIPULATE TO BOND.
COURT SETS BOND AT $7,000 P/S, SECURED BY SIGNATURE OF
DFT AND TWO (2) FINANCIALLY RESPONSIBLE ADULTS.
COURT FURTHER ORDERS THE DFT TO SELF-SURRENDER TO THE EASTERN DISTRICT
OF VIRGINIA (NORFOLK) ON 4/23/08 AT 2:00 PM.
BOND SUBMITTED AND SIGNED; ABSTRACT ISSUED TO USM.
ORDER OF REMOVAL FILED.