FILED

MAR 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    vs.                             )<br>                                    )<br>**JOHN ALLEN THERO,**                   )<br>                                    )<br>            Defendant.              )<br>_____) | Magistrate Case No. 08MJ0717<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

A warrant for arrest having been issued in the Eastern District of Virginia (Norfolk Division), charging defendant **JOHN ALLEN THERO** with violating conditions of probation in criminal case 2:07mj188, in violation of Title 18, United States Code, Section 3606. Defendant **JOHN ALLEN THERO** was arrested on March 6, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said Petition on Probation. Defendant **JOHN ALLEN THERO** then posted a criminal bond and, on March 11, 2008, waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JOHN ALLEN THERO** appear before United States Magistrate Judge F. Bradford Stillman, Eastern District of Virginia (Norfolk Division), Magistrate Courtroom 2, 600 Granby Street, Norfolk, Virginia 23510, on Wednesday, April 23, 2008 at 2:00 p.m. for further proceedings.

Dated: March 11, 2008

HONORABLE CATHY A. BENCIVENGO
United States Magistrate Judge
**Southern District of California**