# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 12, 2008

Clerk, U.S. District Court
Eastern District of Virginia (Norfolk)
600 Granby St.
Norfolk, VA 23510

Re:   08mj717, USA v. Thero

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| __X__ | Docket Sheet | _____ | Warrant of Removal |
| __X__ | Complaint | __X__ | Order of Removal |
| _____ | Minute Order Appointing Counsel | _____ | Detention Order |
| _____ | Corporate Surety Bond | __X__ | Waiver of Removal |
| __X__ | Personal Surety Bond | | |
| _____ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____J. PARIS_____
, Deputy Clerk