# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
2008 MAR 17 P 2: 05
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

FILED
08 MAR 24 AM 11: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

March 12, 2008

Clerk, U.S. District Court
Eastern District of Virginia (Norfolk)
600 Granby St.
Norfolk, VA 23510

    Re:    08mj717, USA v. Thero

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | ___ | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| X | Personal Surety Bond | | |
| ___ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

J PARIS
By: _____
, Deputy Clerk